UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Terry Theodore Dawkins**             **Docket No. 5:15-CR-280-1D**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Terry Theodore Dawkins, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and Fugitive from Justice in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(2), was sentenced by the Honorable Richard F. Cebull, Chief U.S. District Judge (District of Montana), on February 3, 2011, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years. Terry Theodore Dawkins was released from custody on September 23, 2015, at which time the term of supervised release commenced. On October 2, 2015, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 4, 2016, the defendant tested positive for marijuana, which was confirmed through laboratory analysis on August 13, 2016. The defendant received a verbal reprimand for his actions, and will remain in the Surprise Urinalysis Program. The probation officer also recommends that the court continue the defendant on supervision at this time, and that he be required to participate in the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the first use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield            /s/ Taron N. Seburn
Dwayne K. Benfield            Taron N. Seburn
Supervising U.S. Probation Officer            U.S. Probation Officer
           201 South Evans Street, Rm 214
           Greenville, NC 27858-1137
           Phone: 252-830-2335
           Executed On: September 1, 2016

Terry Theodore Dawkins
Docket No. 5:15-CR-280-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __2__ day of __September__, 2016, and ordered filed and made a part of the records in the above case.

*[signature]*
James C. Dever III
Chief U.S. District Court Judge